**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Brian Keith Lewis<br>      Julie Lynn Lewis f/k/a Julie Lynn Huttemann<br>                  Debtor(s) | BK NO. 17-02713 HWV<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Freedom Mortgage Corporation and index same on the master mailing list.

                                                      Respectfully submitted,

                                                      /s/ Rebecca Solarz
                                                      Rebecca Solarz
                                                      28 Apr 2022, 15:07:24, EDT

                                                      KML Law Group, P.C.
                                                      BNY Mellon Independence Center
                                                      701 Market Street, Suite 5000
                                                      Philadelphia, PA  19106
                                                      215-627-1322