## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Brian Keith Lewis  
      Julie Lynn Lewis f/k/a Julie Lynn Huttemann

BK NO. 17-02713

Chapter 13

           Debtor(s)

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of FREEDOM MORTGAGE CORPORATION and index same on the master mailing list.

                                   Respectfully submitted,

/s/ *Denise Carlon*  
Denise Carlon  
22 Jul 2022, 14:21:12, EDT

                                   KML Law Group, P.C.  
                                   BNY Mellon Independence Center  
                                   701 Market Street, Suite 5000  
                                   Philadelphia, PA  19106  
                                   215-627-1322