Rev. Dec 1, 2011

## LOCAL BANKRUPTCY FORM 9019-1

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>**BRIAN KEITH LEWIS**<br>**JULIE LYNN LEWIS**<br><br>Debtor(s)<br><br>**Freedom Mortgage Corporation**<br><br>Plaintiff(s)/ Movants<br><br>vs.<br>BRIAN KEITH LEWIS<br>JULIE LYNN LEWIS<br><br>Defendant(s)/ Respondent(s) | CHAPTER 13<br>CASE NO. 1:17-bk-02713-HWV<br>NATURE OF PROCEEDING: Motion for Relief from Stay<br>DOCUMENT No. 69 |

### REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☒ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
  ☒ Thirty (30) days.
  ☐ Forty-five (45) days.
  ☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: **October 14, 2022**       /s/ Mario Hanyon
                                  Attorney for: Freedom Mortgage Corporation

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.