# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

BRIAN KEITH LEWIS　　　　　　　　　　　　　　　Case No.: 1-17-02713-HWV
JULIE LYNN LEWIS　　　　　　　　　　　　　　　　Chapter 13
　　　　　Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**　　　　　　　**MORTGAGE INFORMATION**
Creditor Name:　　　　　　　　　FREEDOM MORTGAGE CORPORATION
Court Claim Number:　　　　　　　18
Last Four of Loan Number:　　　　2 Chestnut Hollow - PRE-ARREARS - 8270
Property Address if applicable:　　2 CHESTNUT HOLLOW DRIVE, , DILLSBURG, PA17019

**PART 2:**　　　　　　　**CURE AMOUNT**
TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $2,856.31 |
| b. | Prepetition arrearages paid by the Trustee: | $2,856.31 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $5,954.37 |
| f. | Postpetition arrearages paid by the Trustee: | $5,954.37 |
| g. | Total b, d, f: | $8,810.68 |

**PART 3:**　　　　　　　**POST PETITION MORTGAGE PAYMENT**
Paid direct by the Debtor(s)
Current Monthly Mortgage Payment: $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**　　　　　　　**A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: October 24, 2022

Respectfully submitted,

<u>/s/ Jack N. Zaharopoulos</u>
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com

Creditor Name: FREEDOM MORTGAGE CORPORATION
Court Claim Number: 18

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|---|---|---|---|---|---|
| 5200 | 1196712 | 01/10/2019 | $58.74 | $0.00 | $58.74 |
| 5200 | 1197913 | 02/07/2019 | $61.05 | $0.00 | $61.05 |
| 5200 | 1196712 | 03/04/2019 | $-58.74 | $0.00 | $-58.74 |
| 5200 | 1199093 | 03/12/2019 | $90.13 | $0.00 | $90.13 |
| 5200 | 1200444 | 04/11/2019 | $90.70 | $0.00 | $90.70 |
| 5200 | 1200444 | 04/30/2019 | $-90.70 | $0.00 | $-90.70 |
| 5200 | 1201803 | 05/09/2019 | $151.75 | $0.00 | $151.75 |
| 5200 | 1197913 | 05/21/2019 | $-61.05 | $0.00 | $-61.05 |
| 5200 | 1203099 | 06/06/2019 | $122.10 | $0.00 | $122.10 |
| 5200 | 1199093 | 06/11/2019 | $-90.13 | $0.00 | $-90.13 |
| 5200 | 1204483 | 07/11/2019 | $181.70 | $0.00 | $181.70 |
| 5200 | 1205855 | 08/07/2019 | $61.05 | $0.00 | $61.05 |
| 5200 | 1207289 | 09/26/2019 | $93.02 | $0.00 | $93.02 |
| 5200 | 1208562 | 10/10/2019 | $31.96 | $0.00 | $31.96 |
| 5200 | 1209631 | 11/07/2019 | $61.18 | $0.00 | $61.18 |
| 5200 | 1210960 | 12/12/2019 | $91.77 | $0.00 | $91.77 |
| 5200 | 1212345 | 01/16/2020 | $91.76 | $0.00 | $91.76 |
| 5200 | 1213700 | 02/13/2020 | $61.19 | $0.00 | $61.19 |
| 5200 | 1215004 | 03/12/2020 | $61.17 | $0.00 | $61.17 |
| 5200 | 1216293 | 04/14/2020 | $61.18 | $0.00 | $61.18 |
| 5200 | 1217397 | 05/06/2020 | $29.51 | $0.00 | $29.51 |
| 5200 | 1218358 | 06/02/2020 | $59.01 | $0.00 | $59.01 |
| 5200 | 1219370 | 07/07/2020 | $88.52 | $0.00 | $88.52 |
| 5200 | 1220425 | 08/12/2020 | $29.51 | $0.00 | $29.51 |
| 5200 | 1221468 | 09/17/2020 | $147.54 | $0.00 | $147.54 |
| 5200 | 1222507 | 10/15/2020 | $59.01 | $0.00 | $59.01 |
| 5200 | 1223358 | 11/03/2020 | $29.84 | $0.00 | $29.84 |
| 5200 | 1224259 | 12/10/2020 | $29.83 | $0.00 | $29.83 |
| 5200 | 1226045 | 01/19/2021 | $119.34 | $0.00 | $119.34 |
| 5200 | 1227070 | 02/17/2021 | $89.51 | $0.00 | $89.51 |
| 5200 | 1228082 | 03/17/2021 | $29.84 | $0.00 | $29.84 |
| 5200 | 1229103 | 04/15/2021 | $63.51 | $0.00 | $63.51 |
| 5200 | 2000477 | 05/18/2021 | $59.67 | $0.00 | $59.67 |
| 5200 | 2001491 | 06/16/2021 | $61.63 | $0.00 | $61.63 |
| 5200 | 2002468 | 07/14/2021 | $69.31 | $0.00 | $69.31 |
| 5200 | 2003510 | 08/18/2021 | $100.27 | $0.00 | $100.27 |
| 5200 | 2005567 | 10/14/2021 | $69.30 | $0.00 | $69.30 |
| 5200 | 2006611 | 11/16/2021 | $142.84 | $0.00 | $142.84 |
| 5200 | 2007636 | 12/15/2021 | $70.80 | $0.00 | $70.80 |
| 5200 | 2009599 | 02/16/2022 | $136.13 | $0.00 | $136.13 |
| 5200 | 2011593 | 04/12/2022 | $71.42 | $0.00 | $71.42 |
| 5200 | 2013705 | 06/14/2022 | $72.04 | $0.00 | $72.04 |
| 5200 | 2015719 | 08/17/2022 | $76.07 | $0.00 | $76.07 |
| 5200 | 2017801 | 10/18/2022 | $82.03 | $0.00 | $82.03 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

BRIAN KEITH LEWIS    Case No.: 1-17-02713-HWV
JULIE LYNN LEWIS     Chapter 13
    Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 24, 2022, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, from Hummelstown, PA unless served electronically.

| | |
|---|---|
| KARA K GENDRON<br>MOTT & GENDRON LAW<br>125 STATE STREET<br>HARRISBURG PA, 17101- | SERVED ELECTRONICALLY |
| FREEDOM MORTGAGE CORPORATION<br>10500 KINCAID DR<br>FISHERS, IN, 46037-9764 | SERVED BY 1ST CLASS MAIL |
| BRIAN KEITH LEWIS<br>JULIE LYNN LEWIS<br>2 CHESTNUT HOLLOW DRIVE<br>DILLSBURG, PA 17019 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: October 24, 2022

/s/ Liz Joyce
for Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com