Certificate Number: 15317-PAM-DE-036968422

Bankruptcy Case Number: 17-02713


15317-PAM-DE-036968422

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>November 10, 2022</u>, at <u>11:18</u> o'clock <u>AM PST</u>, <u>Brian K Lewis</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>November 10, 2022</u>    By: <u>/s/Christel Raz</u>

Name: <u>Christel Raz</u>

Title: <u>Counselor</u>