Certificate Number: 15317-PAM-DE-036968420

Bankruptcy Case Number: 17-02713


15317-PAM-DE-036968420

# C<span/>ERTIFICATE O<span/>F D<span/>EBTOR E<span/>DUCATION

I CERTIFY that on November 10, 2022, at 11:18 o'clock AM PST, Julie L Lewis completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: November 10, 2022    By: /s/Christel Raz

Name: Christel Raz

Title: Counselor