United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                         Case No. 17-02713-HWV

Brian Keith Lewis                                    Chapter 13

Julie Lynn Lewis
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                          User: AutoDocke                               Page 1 of 4
Date Rcvd: Nov 14, 2022                  Form ID: 3180W                             Total Noticed: 48

The following symbols are used throughout this certificate:
**Symbol        Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian Keith Lewis, Julie Lynn Lewis, 2 Chestnut Hollow Drive, Dillsburg, PA 17019-1042 |
| 4940078 | | CCB/BOSCOV, BANKRUPTCY NOTICES, PO BOX 183043, COLUMBUS, OH 43218-3043 |
| 4940079 | + | CCB/CHNPL, PO BOX 182120, COLUMBUS, OH 43218-2120 |
| 4940080 | | CCB/CHNPL, PO BOX 183043, COLUMBUS, OH 43218-3043 |
| 4940082 | | CHESTNUT HOLLOW DEVELOPMENT HOA, 447 GRANITE RUN DRIVE, LANCASTER, PA 17601 |
| 4940084 | | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17121-0946 |
| 4940086 | + | DEBBI BEITZEL TAX COLLECTOR, 25 W FRANKLIN STREET, DILLSBURG, PA 17019-1026 |
| 4940089 | + | HUD/FHA, NATIONAL SERVICING CENTER, 301 NW SIXTH ST, STE 200, OKLAHOMA CITY, OK 73102-2811 |
| 4945563 | + | Home Point Financial Corporation, C/o McCabe, Weisberg & Conway, P.C., Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 4989821 | + | Home Point Financial Corporation, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 4940093 | + | NEW ERA DEBT SOLUTIONS, 330 WOOD ROAD, CAMARILLO, CA 93010-8329 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Nov 15 2022 00:13:00 | Capital One Auto Finance c/o AIS Portfolio Service, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | EDI: AISACG.COM | Nov 15 2022 00:13:00 | Capital One Auto Finance c/o AIS Portfolio Service, P.O. BOX 4360, Houston, TX 77210-4360 |
| 4940074 | + | Email/Text: bk@avant.com | Nov 14 2022 19:10:00 | AVANT CREDIT, 640 N LASALLE, STE 535, CHICAGO, IL 60654-3731 |
| 4940075 | + | EDI: TSYS2 | Nov 15 2022 00:13:00 | BARCLAY'S BANK DE, 125 S WEST ST, WILMINGTON, DE 19801-5014 |
| 4940076 | | EDI: CAPITALONE.COM | Nov 15 2022 00:13:00 | CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 4940077 | + | EDI: AISACG.COM | Nov 15 2022 00:13:00 | CAPITAL ONE AUTO FINANCE, BANKRUPTCY NOTICES, PO BOX 201347, ARLINGTON, TX 76006-1347 |
| 4940083 | | Email/Text: ra-li-ucts-bankhbg@state.pa.us | Nov 14 2022 19:10:00 | COMM OF PA DEPT L&I, READING B&C UNIT UTCS, 625 CHERRY ST ROOM 203, READING, PA 19602-1152 |
| 4940085 | | EDI: CRFRSTNA.COM | Nov 15 2022 00:13:00 | CREDIT FIRST NATL ASSOC, PO BOX 81344, CLEVELAND, OH 44188-0344 |
| 4943855 | + | EDI: AISACG.COM | Nov 15 2022 00:13:00 | Capital One Auto Fin % AIS Portfolio Svcs LP, f/k/a AIS Data Services d/b/a/, Ascension Capital Group, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 4941761 | + | EDI: AISACG.COM | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Nov 15 2022 00:13:00 | Capital One Auto Finance, a division of Capital On, Ascension Capital Group, P.O. Box 165028, Irving, TX 75016-5028 |
| 4977258 | | Email/PDF: bncnotices@becket-lee.com | Nov 14 2022 19:19:49 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4972048 | + | Email/Text: bankruptcy@cavps.com | Nov 14 2022 19:10:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 4990146 | + | EDI: WFNNB.COM | Nov 15 2022 00:13:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 4940087 | + | Email/Text: bncnotifications@pheaa.org | Nov 14 2022 19:10:00 | FEDLOAN, PO BOX 69184, HARRISBURG, PA 17106-9184 |
| 5456292 | + | Email/Text: Bankruptcy@Freedommortgage.com | Nov 14 2022 19:10:00 | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 5456293 | + | Email/Text: Bankruptcy@Freedommortgage.com | Nov 14 2022 19:10:00 | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037, Freedom Mortgage Corporation 46037-9764 |
| 4940088 | | Email/Text: bankruptcy@homepointfinancial.com | Nov 14 2022 19:10:00 | Home Point Financial Corporation, 11511 Luna Road, Suite 300, Farmers Branch, TX 75234 |
| 4940090 | | EDI: IRS.COM | Nov 15 2022 00:13:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 4940081 | | Email/Text: info@pamd13trustee.com | Nov 14 2022 19:10:00 | CHARLES J DEHART, III, ESQ., 8125 ADAMS DRIVE STE A, HUMMELSTOWN PA 17036 |
| 4978989 | | EDI: JEFFERSONCAP.COM | Nov 15 2022 00:13:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 4940091 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 14 2022 19:10:00 | KOHLS/CAPONE, COLLECTION DEPARTMENT, PO BOX 3084, MILWAUKEE, WI 53201-3084 |
| 4940092 | + | Email/Text: unger@members1st.org | Nov 14 2022 19:10:00 | MEMBERS 1ST FCU, 5000 LOUISE DR, PO BOX 40, MECHANICSBURG, PA 17055-0040 |
| 4984234 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 14 2022 19:10:00 | Midland Funding, LLC, Midland Credit Mgmt., Inc. as agent for, Midland Funding, LLC, PO Box 2011, Warren, MI 48090-2011 |
| 4940094 | + | EDI: RMSC.COM | Nov 15 2022 00:13:00 | PAY PAY CREDIT, BK NOTICES, PO BOX 5138, TIMONIUM, MD 21094-5138 |
| 4971090 | | EDI: PRA.COM | Nov 15 2022 00:13:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4940926 | + | EDI: RECOVERYCORP.COM | Nov 15 2022 00:13:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4979197 | | EDI: Q3G.COM | Nov 15 2022 00:13:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 4940095 | + | EDI: RMSC.COM | Nov 15 2022 00:13:00 | SYNCB/AMAZON, PO BOX 965015, ORLANDO, FL 32896-5015 |
| 4940096 | | EDI: RMSC.COM | Nov 15 2022 00:13:00 | SYNCB/CARE, BK NOTICES, PO BOX 965061, ORLANDO, FL 32896-5061 |
| 4940097 | | EDI: RMSC.COM | Nov 15 2022 00:13:00 | SYNCB/HHGREG, PO BOX 965061, ORLANDO, FL 32896-5061 |
| 4940098 | + | EDI: RMSC.COM | Nov 15 2022 00:13:00 | SYNCB/LOWES, PO BOX 965004, ORLANDO, FL 32896-5004 |
| 4940099 | + | EDI: RMSC.COM | Nov 15 2022 00:13:00 | SYNCB/WALMART, PO BOX 965024, ORLANDO, FL 32896-5024 |

| Recip ID | Bypass Reason | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5162057 | + Email/Text: bncmail@w-legal.com | | Nov 14 2022 19:10:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121, SYNCHRONY BANK, c/o Weinstein & Riley, P.S. 98121-3132 |
| 5162056 | + Email/Text: bncmail@w-legal.com | | Nov 14 2022 19:10:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 4940100 | + EDI: WTRRNBANK.COM | | Nov 15 2022 00:13:00 | TARGET/TD, PO BOX 673, MINNEAPOLIS, MN 55440-0673 |
| 4990156 | + Email/Text: bncmail@w-legal.com | | Nov 14 2022 19:10:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 4976332 | Email/Text: bncnotifications@pheaa.org | | Nov 14 2022 19:10:00 | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 37

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5423183 | | Home Point Financial Corporation |
| cr | *+ | Capital One Auto Finance, a division of Capital On, Ascension Capital Group, P.O. Box 165028, Irving, TX 75016-5028 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | SYNCHRONY BANK, c/o Weinstein & Riley, P.S, 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 4990148 | *+ | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 5162097 | *+ | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121, SYNCHRONY BANK, c/o Weinstein & Riley, P.S. 98121-3132 |
| 5162096 | *+ | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 4976333 | * | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 1 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2022        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Home Point Financial Corporation ecfmail@mwc-law.com ecfmail@ecf.courtdrive.com |
| Brian C Nicholas | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Celine P DerKrikorian | |

| | |
|---|---|
| | on behalf of Creditor Home Point Financial Corporation ecfmail@mwc-law.com |
| Charles G. Wohlrab | |
| | on behalf of Creditor HOME POINT FINANCIAL CORPORATION cwohlrab@raslg.com |
| Charles G. Wohlrab | |
| | on behalf of Creditor Home Point Financial Corporation cwohlrab@raslg.com |
| Denise E. Carlon | |
| | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Dorothy L Mott | |
| | on behalf of Debtor 2 Julie Lynn Lewis DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Dorothy L Mott | |
| | on behalf of Debtor 1 Brian Keith Lewis DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Jack N Zaharopoulos (Trustee) | |
| | TWecf@pamd13trustee.com |
| Jason Brett Schwartz | |
| | on behalf of Creditor Capital One Auto Finance JSchwartz@mesterschwartz.com |
| Kara Katherine Gendron | |
| | on behalf of Debtor 1 Brian Keith Lewis karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Kara Katherine Gendron | |
| | on behalf of Debtor 2 Julie Lynn Lewis karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Mario J. Hanyon | |
| | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Marisa Myers Cohen | |
| | on behalf of Creditor Home Point Financial Corporation ecfmail@mwc-law.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 15

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Brian Keith Lewis<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6302<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | Julie Lynn Lewis<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5422<br>EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:17-bk-02713-HWV | |

## Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Brian Keith Lewis

Julie Lynn Lewis
fka Julie Lynn Huttemann

**By the court:**

11/14/22

*[signature]*

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W        **Chapter 13 Discharge**        page 2