**FREEDOM MORTGAGE®**
PO BOX 50428
INDIANAPOLIS, IN 46250-0401

**Escrow Account Disclosure Statement**

### Account Information

| | |
|---|---|
| Loan Number: | |
| Property Address: | 2 CHESTNUT HOLLOW DR  DILLSBURG PA 17019 |
| Statement Date: | 07/18/2022 |
| Current Payment Amount: | $1,666.91 |
| **New Payment Amount:** | **$1,698.90** |
| **New Payment Effective Date:** | **09/01/2022** |

BRIAN LEWIS
JULIE LEWIS
2 CHESTNUT HOLLOW DR
DILLSBURG PA 17019-1042

You are receiving this statement because you have an escrow account with us. We have safeguards in place to ensure there is enough money in your account to cover your homeowners insurance, real estate taxes and mortgage insurance, if applicable. However, changes in your taxes and insurance could result in a shortage or surplus in your escrow account.

Based on our most recent analysis, you have a shortage of $21.53 in your escrow account. This shortage likely was caused by changes in your taxes and/or insurance. A shortage may also result if full monthly escrow payments have not been made to your account. To see these changes, refer to Part 2. We will automatically spread the shortage amount over 12 months of future monthly escrow payments. This will be reflected as an increase to your monthly mortgage payment.

| | |
|---|---|
| Projected Minimum Balance | $928.71 |
| - Required Minimum Balance | $950.24 |
| Shortage Amount | $21.53 |

The required minimum balance (also known as the escrow cushion) is the amount that you are required to pay into your escrow account to cover unanticipated disbursements for escrow items or for disbursements that have to be made before the monthly escrow payments are available in your escrow account.

Part 1 provides your current and the new escrow payment amounts. Part 2 shows what has already happened in your account while Part 3 shows what we anticipate happening in your account over the next 12 months. As escrow items are subject to change each year, the amounts in Part 3 are only estimates.


**PART 1**

### Your Mortgage Payment

Payment information beginning with your 09/01/2022 payment

| Payment Information | Current Monthly Payment | New Monthly Payment |
|---|---|---|
| Principal & Interest | $1,077.70 | $1,077.70 |
| Escrow Payment | $589.21 | $619.41 |
| Shortage Spread: | $0.00 | $1.79 |
| Total Payment: | $1,666.91 | $1,698.90 |

The escrow shortage amount will automatically be spread over 12 months. Your new monthly payment will be $1,698.90.

(This space intentionally left blank)



# PART 2 — Your Escrow Account History

The chart below compares what we projected to occur with actual activity in your escrow account since the last analysis.

## Previous Year's Projections (Estimated)

| Date | Paid In | Paid Out | Description | Balance |
|---|---|---|---|---|
| | | | Beginning Balance | $0.00 |
| Sep 2021 | $0.00 | $0.00 | | $0.00 |
| Oct 2021 | $0.00 | $0.00 | | $0.00 |
| Nov 2021 | $0.00 | $0.00 | | $0.00 |
| Dec 2021 | $0.00 | $0.00 | | $0.00 |
| Jan 2022 | $0.00 | $0.00 | | $0.00 |
| Feb 2022 | $0.00 | $0.00 | | $0.00 |
| Mar 2022 | $0.00 | $0.00 | | $0.00 |
| Mar 2022 | $0.00 | $0.00 | | $0.00 |
| Apr 2022 | $0.00 | $0.00 | | $0.00 |
| May 2022 | $0.00 | $0.00 | | $0.00 |
| Jun 2022 | $0.00 | $0.00 | | $0.00 |
| Jul 2022 | $0.00 | $0.00 | | $0.00 |
| Jul 2022 | $0.00 | $0.00 | | $0.00 |
| Aug 2022 | $0.00 | $0.00 | | $0.00 |
| **Total** | **$0.00** | **$0.00** | | |

## Actual Activity

| Date | Paid In | Paid Out | Description | Balance |
|---|---|---|---|---|
| | | | Beginning Balance | **($7,469.56)** |
| Sep 2021 | $0.00 | $0.00 | | ($7,469.56) |
| Oct 2021 | $0.00 | $0.00 | | ($7,469.56) |
| Nov 2021 | $0.00 | $0.00 | | ($7,469.56) |
| Dec 2021 | $779.64 | $0.00 | | ($6,689.92) |
| Jan 2022 | $218.39 | $144.29 * | | ($6,615.82) |
| Feb 2022 | $0.00 | $144.29 * | FHA MORTGAGE INSURANCE | ($6,760.11) |
| Mar 2022 | $136.13 | $144.29 * | | ($6,768.27) |
| Mar 2022 | $0.00 | $1,771.20 | BOROUGH TAX | ($8,539.47) |
| Apr 2022 | $67.75 | $144.29 * | | ($8,616.01) |
| May 2022 | $587.22 | $144.29 * | | ($8,173.08) |
| Jun 2022 | $587.22 | $144.29 * | | ($7,730.15) |
| Jul 2022 | $0.00 | $144.29 * | FHA MORTGAGE INSURANCE | ($7,874.44) |
| Jul 2022 | $0.00 | $534.00 | HOMEOWNERS | ($8,408.44) |
| Aug 2022 | $0.00 | $0.00 | | ($8,408.44) |
| **Total** | **$2,376.35** | **$3,315.23** | | |

An asterisk (*) indicates a difference in that month between the actual activity and the estimated activity.

When applicable, the letter "E" beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown.

A double asterisk (**) indicates a difference in that month between the actual activity and the estimated activity due to interest payable on escrow which is not estimated.

LOAN NUMBER: ▮▮▮▮▮▮

(This space intentionally left blank)



**FREEDOM MORTGAGE®**
PO BOX 50428
INDIANAPOLIS, IN 46250-0401

**Escrow Account Disclosure Statement**

| Account Information | Page 2 |
|---|---|
| Loan Number: | |
| Property Address: | 2 CHESTNUT HOLLOW DR<br>DILLSBURG PA 17019 |
| Statement Date: | 07/18/2022 |
| Current Payment Amount: | $1,666.91 |
| **New Payment Amount:** | **$1,698.90** |
| **New Payment Effective Date:** | **09/01/2022** |

BRIAN LEWIS
JULIE LEWIS
2 CHESTNUT HOLLOW DR
DILLSBURG PA 17019-1042

## PART 3 — Expected Escrow Payments over the next 12 Months

| | |
|---|---|
| HOMEOWNERS | $534.00 |
| FHA MORTGAGE INSURANCE | $1,731.48 |
| SCHOOL/ISD TAX | $3,396.27 |
| BOROUGH TAX | $1,771.20 |
| **Total Disbursements** | **$7,432.95** |

Freedom expects to pay $7,432.95 over the next 12 months.

Here's how to calculate your new monthly escrow payment:

| | |
|---|---|
| Total Disbursements: | $7,432.95 |
| ÷ 12 Months: | 12 |
| **New Monthly Escrow Payment** | **$619.41** |

### Summary of Your Projected Escrow Account for the Coming Year

| Date | Payment to Escrow | What We Expect to Pay Out | Description | Your Actual Balance | Balance Needed In Your Account |
|---|---|---|---|---|---|
| | | | Beginning Balance | $3,849.86 | $3,871.39 |
| Sep 2022 | $619.41 | $144.29 | FHA MORTGAGE INSURANCE | $4,324.98 | $4,346.51 |
| Sep 2022 | $0.00 | $3,396.27 | SCHOOL/ISD TAX | $928.71 | $950.24 * |
| Oct 2022 | $619.41 | $144.29 | FHA MORTGAGE INSURANCE | $1,403.83 | $1,425.36 |
| Nov 2022 | $619.41 | $144.29 | FHA MORTGAGE INSURANCE | $1,878.95 | $1,900.48 |
| Dec 2022 | $619.41 | $144.29 | FHA MORTGAGE INSURANCE | $2,354.07 | $2,375.60 |
| Jan 2023 | $619.41 | $144.29 | FHA MORTGAGE INSURANCE | $2,829.19 | $2,850.72 |
| Feb 2023 | $619.41 | $144.29 | FHA MORTGAGE INSURANCE | $3,304.31 | $3,325.84 |
| Mar 2023 | $619.41 | $144.29 | FHA MORTGAGE INSURANCE | $3,779.43 | $3,800.96 |
| Apr 2023 | $619.41 | $144.29 | FHA MORTGAGE INSURANCE | $4,254.55 | $4,276.08 |
| Apr 2023 | $0.00 | $1,771.20 | BOROUGH TAX | $2,483.35 | $2,504.88 |
| May 2023 | $619.41 | $144.29 | FHA MORTGAGE INSURANCE | $2,958.47 | $2,980.00 |
| Jun 2023 | $619.41 | $144.29 | FHA MORTGAGE INSURANCE | $3,433.59 | $3,455.12 |
| Jul 2023 | $619.41 | $534.00 | HOMEOWNERS | $3,519.00 | $3,540.53 |
| Jul 2023 | $0.00 | $144.29 | FHA MORTGAGE INSURANCE | $3,374.71 | $3,396.24 |
| Aug 2023 | $619.41 | $144.29 | FHA MORTGAGE INSURANCE | $3,849.83 | $3,871.36 |
| | $7,432.92 | $7,432.95 | | | |

The required minimum balance, as indicated by the asterisk (*) in the summary above, is determined by the Real Estate Settlement Procedures Act (RESPA), your mortgage contract or state law. Your minimum balance may include up to two months of escrow payments (excluding PMI/MIP) to cover increases to your taxes and homeowners insurance.

## PART 4 — What This Means to You

Your escrow balance is less than the required minimum balance or cushion in your account. The resulting shortage is $21.53.

The Escrow shortage has been spread over 12 months. Including the shortage, your new total monthly payment will be $1,698.90.

Did you know by having recurring payments set up through FreedomMortgage.com, we'll adjust for any changes in your monthly payment automatically? However, if you have automatic bill pay through your bank, you'll need to contact them directly to adjust your payment. To sign up for recurring payments, login to your Freedom Mortgage account or register today at MyAccount.FreedomMortgage.com.

## PART 5 — How You Can Reach Us with Questions

Should you have any questions regarding the information provided in this statement please do not hesitate to contact us at (855) 690-5900. Customer Care representatives are available to assist you Monday through Friday from 8:00am – 10:00pm and Saturday from 9:00am – 6:00pm Eastern Time.



PO BOX 50428
INDIANAPOLIS, IN 46250-0401

BRIAN LEWIS
JULIE LEWIS
2 CHESTNUT HOLLOW DR
DILLSBURG PA 17019-1042

### Escrow Account Disclosure Statement
#### Account Information

| | |
|---|---|
| Loan Number: | |
| Property Address: | 2 CHESTNUT HOLLOW DR DILLSBURG PA 17019 |
| Statement Date: | 07/18/2022 |
| Current Payment Amount: | $1,666.91 |
| **New Payment Amount:** | **$1,698.90** |
| **New Payment Effective Date:** | **09/01/2022** |

**FREEDOM MORTGAGE CORPORATION IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**IMPORTANT NOTICE: TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED IN BANKRUPTCY, IS SUBJECT TO THE AUTOMATIC STAY OR IS PROVIDED FOR IN A CONFIRMED PLAN, THIS COMMUNICATION IS FOR REGULATORY COMPLIANCE AND/OR INFORMATIONAL PURPOSES ONLY, AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION.**

LOAN NUMBER:

INTERNET REPRINT