IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Brian Keith Lewis<br>Julie Lynn Lewis f/k/a Julie Lynn Huttemann<br>　　　　　　Debtor(s)<br><br>FREEDOM MORTGAGE CORPORATION<br>　　　　　　Movant<br>　　vs.<br><br>Brian Keith Lewis<br>Julie Lynn Lewis f/k/a Julie Lynn Huttemann<br>　　　　　　Debtor(s)<br><br>Jack N. Zaharopoulos,<br>　　　　　　Trustee | BK NO. 17-02713 HWV<br><br>Chapter 13<br><br>Related to Claim No. 18-1 |

### CERTIFICATE OF SERVICE
### NOTICE OF MORTGAGE PAYMENT CHANGE

I, Denise Carlon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on July 26, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Brian Keith Lewis
2 Chestnut Hollow Drive
Dillsburg, PA 17019

Julie Lynn Lewis f/k/a Julie Lynn Huttemann
2 Chestnut Hollow Drive
Dillsburg, PA 17019

Attorney for Debtor(s)
Dorothy L Mott, Mott & Gendron Law
125 State Street
Harrisburg, PA 17101

Trustee
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: July 26, 2022

　　　　　　　　　　　　　　　　　　　**/s/Denise Carlon Esquire**
　　　　　　　　　　　　　　　　　　　Denise Carlon Esquire
　　　　　　　　　　　　　　　　　　　Attorney I.D. 317226
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　201-549-2363
　　　　　　　　　　　　　　　　　　　dcarlon@kmllawgroup.com